# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Location Code/Violation Number:** CA76    6809339 |
|                   Plaintiff, | **USDC Case Number:** 6:18-PO-00415-JDP |
| v. | **ORDER TO PAY FIXED-SUM IN LIEU OF APPEARANCE** |
| JORGE A LOPEZ | **(Violation Notice)** |
|                   Defendant. | |

Defendant has agreed to pay a fixed-sum in lieu of appearance in court on the following charge(s) and to pay that fixed sum on the payment schedule ordered below:

Charge(s):                                          Nature of Charge(s)

**CVC 27360(a)(b)**                         **Child Restraint Requirements**


**ACCORDINGLY, YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

☑    **PAY** a fine in the amount of _____ , a special assessment of $ 10.00 and a $ 30.00 processing fee for a total financial obligation of $40.00 , due immediately or in monthly payments of $ 40.00 per month commencing on _____ and payable each month thereafter by the _____ of the month until paid in full. The entire financial obligation must be paid in full by _____ .

**IT IS FURTHER ORDERED** that all financial payments shall be made by **CHECK** or **MONEY ORDER** and will be subject to **late/delinquent charges imposed by the Court** if not paid timely. If your conviction also involves a moving violation, an abstract could be placed your driving record and must be made payable to **"CLERK- U.S.D.C."** and SENT to the following address:

| | |
|---|---|
| ☑ **CENTRAL VIOLATIONS BUREAU**<br>**P.O. Box 71363**<br>**Philadelphia, PA   19176-1363**<br>**1-800-827-2982**<br>          -or-<br>**Pay on-line at www.cvb.uscourts.gov and**<br>**Click on "Pay On-Line"** | ☐ **CLERK, United States District Court**<br>**Eastern District of California- Fresno Division**<br>**2500 Tulare Street, Suite 1501**<br>**Fresno, CA   93721** |

**Your check or money order must indicate your name and violation notice/case number shown above to ensure your account is credited for payment received and that no late fees or warrants/abstracts attach to your case for failure to pay.**

Dated:  01/24/19

United States Magistrate Judge

*Cal-Ed (Fresno)- Mis 4 (Rev. 12/14)*

cc: U.S. Attorney, Fresno Office- Misdemeanor Unit

CRD Initials  WK